IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| BOILERMAKER-BLACKSMITH NATIONAL PENSION TRUST, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED TECHNICAL SERVICES, LLC, <br><br> Defendant. | Case No. 20-6155 |

## JOINT NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs and Defendant, by and through their counsel of record, hereby voluntarily dismiss the above-captioned action under Federal Rule of Civil Procedure 41(a)(1)(A)(i). This action is dismissed without prejudice. Plaintiffs state that this Notice of Dismissal is filed before the opposing party served a motion for summary judgment.

Dated: April 1, 2021

Respectfully submitted,

/s/Michael C. Skidgel
Kevin D. Case, MO 41491; KS 14570
Michael C. Skidgel, MO 62220; KS 24468
**Case Linden, P.C.**
2600 Grand Boulevard, Suite 300
Kansas City, MO 64108
Tel: (816) 979-1500
Fax: (816) 979-1501
kevin.case@caselinden.com
patric.linden@caselinden.com
mike.skidgel@caselinden.com
**Attorneys for Defendant**

/s/Nathan A. Kakazu
Nathan A. Kakazu, MO # 70157
**BLAKE & UHLIG, P.A.**
753 State Avenue, Suite 475
Kansas City, Kansas 66101
Telephone: (913) 321-8884
Facsimile: (913) 321-2396
nak@blake-uhlig.com
**Attorney for Plaintiffs**

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing on April 1, 2021 with the Clerk of the Court using the CM/ECF system, which automatically sent notification of such filing to all participants in the Court's CM/ECF system.

/s/Nathan A. Kakazu
Nathan A. Kakazu

2